# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:12-CR-00016-HDY |
| | ) | |
| MICAH STAFFORD | ) | |

## ORDER

The revocation hearing is continued until Thursday, February 28, 2013, at 11:00 a.m., and the defendant is released from custody pending the revocation hearing. The conditions of his probation remain in effect except he will be residing with his father.

IT IS SO ORDERED this  29  day of January, 2013.

UNITED STATES MAGISTRATE JUDGE